**FILED**

08/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0712

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0712

_____

PARROT DITCH CO.,

      Claimant, Objector,
      and Appellant,

   v.

NORMAN ASHCRAFT JR.; COURTNAY O.
DUCHIN; CHARLES M. MILLER; PATTY A.
MILLER,

      Objectors and Appellees,

RAFANELLI PARTNERS LLP,

    Notice of Intent to Appear.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Stephen R. Brown, Water Court Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 21 2024